United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EMMANUEL BONNLY FOMUM MBUH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00104 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**\ORDER**

Before the Court is Respondents' "Motion to Dismiss Petition for Writ of Habeas Corpus as Moot" (Dkt. No. 9) ("Motion"). The Motion seeks dismissal of Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1).

Petitioner's claims against Respondents are **DISMISSED** as moot, without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 23, 2026

Rolando Olvera
United States District Judge